# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 3, 2020

158932

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RADU VASILE MUNTEAN,
      Defendant-Appellant.

SC: 158932
COA: 334952
Wayne CC: 16-003290-FC

_____/

      By order of December 30, 2019, the prosecuting attorney was directed to answer the application for leave to appeal the October 30, 2018 judgment of the Court of Appeals. On order of the Court, the response having been received, the application for leave to appeal is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Wayne Circuit Court. The defendant's sentences for torture, unlawful imprisonment, and aggravated domestic violence should not have been made consecutive to the felony-firearm sentence because none of those offenses was a predicate felony for the charged felony-firearm offense. *People v Clark*, 463 Mich 459 (2000). On remand, the trial court shall either amend the judgment of sentence to make those sentences concurrent, or resentence the defendant. We further ORDER the trial court to ensure that the amended judgment of sentence is transmitted to the Department of Corrections. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

      We do not retain jurisdiction.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 3, 2020



Clerk

t0331